UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RENE GUTIERREZ, LUIS SEVILLA, CESAR MEZA,
EFRAIN GARCIA, and KLEBER CONFORME,
individually, and on behalf of all others similarly
situated,

                      Civil Docket No.: 21-cv-00845

                      **JUDGMENT**

               Plaintiffs,

     -against-

SKY GLOBAL CONCRETE CORP, and GREGORIO
BARRERA, as an individual,

               Defendants.
----------------------------------------------------------------X

     Plaintiffs, RENE GUTIERREZ, LUIS SEVILLA, CESAR MEZA, EFRAIN GARCIA, and

KLEBER CONFORME ("Plaintiffs"), having commenced this FLSA action against Defendants,

SKY GLOBAL CONCRETE CORP, and GREGORIO BARRERA, as an individual ("Defendants")

pursuant to the filing of the Summons and collective action Complaint on February 16, 2021; and

     Plaintiff and the Defendants (collectively, "the parties"), having reached a settlement at

Court-annexed mediation on March 22, 2022, in resolution of all claims asserted by all Plaintiffs

as against all Defendants in this matter; and

     The parties, having submitted their motion for settlement approval with the Court on

May 4, 2022, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015)

(Dkt. No. 24), together with the parties' Fully Executed Settlement Agreement thereto (Dkt. No.

24-1) (hereinafter, the "Agreement," hereto as Exhibit A) [1]; and

---

[1] Pursuant to the payment schedule set forth in Paragraph 1(a) of the parties' Agreement, Defendants agreed, and were required to pay the sum of $300,000.00, inclusive of attorneys' fees and costs (the "Settlement Funds") vis-à-vis

Whereas, the Court approved of the parties' Agreement, Motion for Settlement Approval, and fairness of the terms thereof, on  May 10, 2022; and

Whereas, the Defendants' first payment of the Settlement Funds was required to be paid to Plaintiffs by June 10, 2022, and to date, Defendants have failed to tender any payment to the Plaintiffs per the terms of the parties' fully executed Agreement; and

Whereas, Defendants have not cured their default and to date, the entire amount of Settlement Funds remains outstanding, due and owing to Plaintiffs and to Plaintiffs' counsel, despite being properly noticed of their default; and

Whereas, pursuant to ¶ 3 of the parties' fully executed Settlement Agreement, upon signing of the Agreement and in the event that Defendants are in default of any payment(s) under the Agreement, Defendants agreed to be indebted to Plaintiffs in the sum of $450,000.00 less 150% of any amounts previously paid pursuant to the Agreement (Ex. A, ¶ 3); and

Defendants, to date, having failed to tender any outstanding payments due, or otherwise cure their breach or default, and owe the liquidated amount of $450,000.00;

**NOW**, on motion of James O'Donnell, Esq., of Helen F. Dalton & Associates, P.C., attorneys for the Plaintiffs, it is hereby:

**ORDERED**, that plaintiffs RENE GUTIERREZ, LUIS SEVILLA, CESAR MEZA, EFRAIN GARCIA, and KLEBER CONFORME are entitled to a judgment in the amount of **$450,000.00**, against defendants, SKY GLOBAL CONCRETE CORP and GREGORIO

---

two (2) payments – $250,000 within 30 days of Court approval of the Agreement; then $50,000.00 within 30 days thereof. *See* Dkt. No. 24-1 at (a)(i)(ii).

BARRERA, as an individual, jointly and severally, and inclusive of attorney's fees and costs arising from defendants' default under the parties' Settlement Agreement, plus post-judgment interest pursuant to 28 U.S.C. § 1961 accruing as of the date of entry of this judgment, until judgment is paid.

**SO ORDERED:**

Dated:  August 15, 2022

      Central Islip, New York

                              _/s_____
                              THE HON. STEVEN TISCIONE
                              United States Judge
                              Eastern District of New York